UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CALVIN MALONE,<br><br>    Plaintiff,<br><br>  v.<br><br>LESLIE SZIEBERT, GALINA DIXON, JOHN 1-25 DOES, JANE 1-25 DOES,<br><br>    Defendants. | CASE NO. 3:15-CV-05552-RBL-JRC<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

  The Court, having reviewed plaintiff's application to proceed *in forma pauperis*, does hereby find and ORDER.

  Plaintiff's declaration indicates that he is unable to afford the Court's filing fee or give security therefore. Accordingly, plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is GRANTED. Plaintiff is not a prisoner within the meaning of the Prison Litigation Reform Act. The portion of the act requiring a prisoner to pay the filing fee in installments does not apply to plaintiff. Plaintiff does not appear to have funds available to afford the $400.00 filing fee.

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1

1  Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle plaintiff to a
2  waiver of any other cost(s) of litigation.
3      The Clerk is directed to mail a copy of this Order to Plaintiff.
4      Dated this 18th day of August, 2015.

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 2