UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CALVIN MALONE,

     Plaintiff,

  v.

LESLIE SZIEBERT et al.,

     Defendants.

CASE NO. 3:15-CV-05552-RBL-JRC

ORDER DIRECTING SUBMISSION OF SERVICE ADDRESS FOR UNSERVED DEFENDANT

  The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4.

  Plaintiff was granted leave to proceed *in forma pauperis* (Dkt. 7) and filed a complaint (Dkt. 8). On August 24, 2015, the Court directed service of plaintiff's complaint on the named defendants. Dkt. 10. The Clerk's Office attempted to locate the proper service addresses for each defendant and mailed them the complaint and waivers of service forms. However, a return of service sent to defendant Galina Dixon was returned to the Court marked "return to sender, not at

1 this address." *See* Dkt. 13. Because service has not been effected, personal jurisdiction over
2 defendant Dixon does not exist and the Court has no authority over her at this time.
3     Plaintiff is directed to provide the complete address for defendant Dixon so the Court can
4 again attempt service by mail. This address must be provided to the Court on or before
5 November 1, 2015 or the Court will recommend dismissal of this action for failure to prosecute
6 as to the unserved defendant.
7     Dated this 2nd day of October, 2015.

J. Richard Creatura
United States Magistrate Judge