UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CALVIN MALONE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WASHINGTON STATE SPECIAL COMMITMENT CENTER CHIEF MEDICAL DIRECTOR, DR. LESLIE SZIEBERT; WASHINGTON STATE SPECIAL COMMITMENT CENTER, GALINA DIXON, ARNP, and JOHN DOES 1-25 and JANE DOES 1-25,<br><br>　　　　　　Defendants. | CASE NO. 3:15-CV-05552-RBL-DWC<br><br>ORDER DISMISSING DOE DEFENDANTS WITHOUT PREJUDICE |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

　　1.　The Court adopts the Report and Recommendation;

　　2.　John Does 1-25 and Jane Does 1-25 are DISMISSED from this case without prejudice;

3. The Clerk is directed to send a copy of this Order to the parties and to the Hon. David W. Christel.

Dated this 29th day of February, 2016.

Ronald B. Leighton
United States District Judge