UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CALVIN MALONE,<br><br>        Plaintiff,<br><br>    v.<br><br>WASHINGTON STATE SPECIAL COMMITMENT CENTER CHIEF MEDICAL DIRECTOR, DR. LESLIE SZIEBERT; WASHINGTON STATE SPECIAL COMMITMENT CENTER GALINA DIXON, ARNP,<br><br>        Defendants. | CASE NO. 3:15-CV-05552-RBL-DWC<br><br>ORDER ON REPORT AND RECOMMENDATION ON DEFENDANT DIXON'S MOTION TO DISMISS |

The Court having reviewed the Report and Recommendation [Dkt. #43] of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

    (1)    The Court adopts the Report and Recommendation [Dkt. #43];

    (2)    Defendant Dixon's Motion to Dismiss [Dkt. #36] is GRANTED. Plaintiff's claims are DISMISSED without prejudice and with leave to file an amended complaint within thirty days of this Order.

(3) The Clerk is directed to send a copy of this Order to Plaintiff, and to the Hon. David W. Christel.

Dated this 26th day of May, 2016.

Ronald B. Leighton
United States District Judge

ORDER ON REPORT AND RECOMMENDATION
ON DEFENDANT DIXON'S MOTION TO
DISMISS - 2