HONORABLE RONALD B. LEIGHTON

FILED ____ LODGED ____ RECEIVED

SEP 08 2016

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CALVIN MALONE,<br><br>Plaintiff,<br><br>v.<br><br>LESLIE SZIEBERT, et al.,<br><br>Defendants. | CASE NO. C15-5552-RBL-DWC<br><br>ORDER ADOPTING R&R ON PLAINTIFF'S MOTION TO DISMISS DIXON<br><br>DKT. #53 |

The Court, having reviewed the Report and Recommendation [Dkt. #53] of Magistrate Judge David W. Christel and the remaining record, does hereby find and Order:

(1) The Court adopts the R&R [Dkt. #53];

(2) Plaintiff Malone's Motion to Dismiss [Dkt. #50] Defendant Galina Dixon is GRANTED. His claims against her are DISMISSED without prejudice.

(3) The Clerk is directed to send a copy of this Order to Malone and to the Hon. David W. Christel.

Dated this 8th day of September

Ronald B. Leighton
United States District Judge

ORDER ADOPTING R&R ON PLAINTIFF'S
MOTION TO DISMISS DIXON - 1