UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CALVIN MALONE,

        Plaintiff,

  v.

LESLIE SZIEBERT,

        Defendant.

CASE NO. C15-5552RBL

ORDER

THIS MATTER is before the Court on Magistrate Judge Christel's Report and Recommendation [Dkt. # 126]. Judge Christel recommends the Court deny Malone's Motion for Summary Judgment [Dkt. # 112], and grant Defendant Sziebert's Motion for Summary Judgment [Dkt. #118]. The Court has also reviewed Malone's Objections [Dkt. # 127] to the R&R.

1. The Report and Recommendation is **ADOPTED;**
2. Malone's Motion for Summary Judgment is **DENIED**;
3. Sziebert's Motion for Summary Judgment is **GRANTED** and Malone's claims are **DISMISSED** with prejudice;
4. Any other pending motions are **DENIED** as moot;
5. Malone is proceeding *in forma pauperis*, and his IFP status **WILL** continue if he appeals;

6. The Clerk shall send copies of this Order to the Sziebert's counsel, to Malone's last known address, and to Magistrate Judge Christel.

IT IS SO ORDERED.

Dated this 15th day of November, 2019.

_Ronald B. Leighton_
Ronald B. Leighton
United States District Judge